# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# ABERDEEN DIVISION

| | |
|---|---|
| JAMES CLINT FRANKS | PLAINTIFF |
| V. | CIVIL ACTION NO. 1:20-CV-090-GHD-DAS |
| FERRAGON CORPORATION | DEFENDANT |

## ORDER OF DISMISSAL FOLLOWING STIPULATION

Having examined the foregoing Stipulation of Dismissal [42] of the Plaintiff's claims in the above-captioned matter filed by the parties seeking the dismissal of this action with prejudice, the Court finds that the agreed-upon Stipulation should be GRANTED.

It is therefore ORDERED that this case is DISMISSED WITH PREJUDICE, with each party to bear its own attorney's fees and costs.

SO ORDERED, this, the 25th day of June, 2021.

_____
SENIOR U.S. DISTRICT JUDGE